UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.                                    CRIMINAL NO. 3:19-CR-224 (JAM)

JOSHUA JENKINS                          (July 3, 2020)

## **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Joshua Jenkins, the Defendant, through undersigned counsel, files this Motion to Modify Conditions of Release for the reasons set forth below.

**Procedural History**

1. Mr. Jenkins is charged in an Indictment dated September 11, 2019 with violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). *See* ECF No. 1.

2. On September 13, 2019, Mr. Jenkins appeared before Magistrate Judge Donna F. Martinez for his Initial Appearance and Arraignment. *See* ECF No. 7.

3. On September 19, 2019, Mr. Jenkins appeared for a hearing on the Government's Motion for Detention before Magistrate Judge Martinez. On the same day, Magistrate Judge Martinez, continued the hearing until a date to be determined in the future. *See* ECF No. 23.

4. The purpose of the continuance was for Mr. Jenkins, through the undersigned, to propose conditions of release, specifically a drug treatment plan to be considered by the Court.

5. Mr. Jenkins appeared before Magistrate Judge Spector on November 7, 2019 for a hearing on his Motion for Release with Conditions.

6. On November 7, 2019, Magistrate Judge Spector released Mr. Jenkins to complete treatment at Connecticut Valley Hospital Merritt Hall ("CVH").

7. Mr. Jenkins successfully completed the program and thus, was discharged on December 20, 2019.

8. It was recommended by Mr. Jenkins' counselor that Mr. Jenkins continue his treatment via Intensive Outpatient Program (IOP), or a Partial Hospitalization Program (PHP).

9. Mr. Jenkins has successfully completed his Intensive Outpatient Program (IOP) on January 23, 2020.

10. Mr. Jenkins has been residing with his girlfriend, Destiny Manson, and their two children.

11. Mr. Jenkins continues to work over seventy (70) hours per week at Harvey's Café in West Hartford, even during the pandemic.

12. Counsel has visited with Mr. Jenkins at his job, and his boss reports that he is one of the hardest workers he's ever had.

13. Mr. Jenkins has been on an ankle monitor since December, 2019.

14. In May 2020, Mr. Jenkins experienced some setbacks resulting in some probation violations.

15. The Court intervened and held a hearing on May 27, 2020.

16. Mr. Jenkins' bond was not revoked, but Magistrate Judge Spector clarified the conditions and emphasized the Court's expectations of him.

17. Since the Court's intervention, Mr. Jenkins has been doing very well and has not had any further violations.

18. On June 24, 2020, Magistrate Judge Spector permitted Mr. Jenkins to attend his son's pre-school graduation.

19. Counsel has been in contact with Senior United States Probation Officer, Daniel Leone who reports that Mr. Jenkins is rendering clean drug tests and is compliant with the Court's conditions.

20. Given Mr. Jenkins compliance, Senior United States Probation Officer Daniel Leone does not object to the location monitoring condition being removed from Mr. Jenkins at this time.

21. **Mr. Jenkins moves to have the location monitoring condition lifted from his conditions of pretrial release.**

22. Counsel has spoken to Assistant United States Attorney, Geoff Stone, who defers to the Court and to probation on this matter.

23. Mr. Jenkins is scheduled to enter a Change of Plea on July 9, 2020

WHEREFORE, premises considered, the undersigned respectfully requests that this Honorable Court grant this Motion.

Respectfully Submitted,

THE DEFENDANT,
Joshua Jenkins

FEDERAL DEFENDER OFFICE

Date: July 03, 2020    */s/ Ashley Meskill*
Assistant Federal Defender
10 Columbus Blvd, Floor 6
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: phv10217
Email: ashley_meskill@fd.org

3

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 03, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

         */s/ Ashley H. Meskill*
         Ashley H. Meskill